IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FLOYD POPPLE,              ) | No. 10-546-TUC-RCC |
|                            ) | |
|        Petitioner,         ) | **ORDER** |
|                            ) | |
| vs.                        ) | |
|                            ) | |
| LIONEL CRAIG APKER, JR.,   ) | |
|                            ) | |
|        Respondent.         ) | |
|                            ) | |

The Court having reviewed the Magistrate Judge's Report and Recommendation and no objections having been filed,

**IT IS ORDERED ADOPTING** the Report and Recommendation (Doc. 13)

**IT IS FURTHER ORDERED DENYING** Petitioner's Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. 2241 (Doc. 1).

**IT IS FURTHER ORDERED** that judgment shall enter and the Clerk shall close this case.

DATED this 14th day of June, 2011.

Raner C. Collins
United States District Judge

*mg*